GEORGE W. SEARLES, Appellant, *v.* FRANK GEBBIE et al., Respondents, Impleaded with Another.

*Searles* v. *Gebbie*, 115 App. Div. 778, 922, affirmed.
(Submitted November 21, 1907; decided December 10, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 14, 1906, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint.

The following questions were certified:

"*First.* Does the complaint state facts sufficient to constitute a cause of action against the demurring defendants?

" *Second.* Are several causes of action improperly united in said complaint ? "

*Charles E. Snyder* for appellant.

*Kendall B. Castle* and *Albert H. Harris* for respondents.

Order affirmed, with costs; first question answered in the negative, second in the affirmative ; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.